**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE: 12/5/2019

ROBERT V. SOFIA,

               Plaintiff,

     -against-

GARY D. ESPOSITO,

               Defendant.

-----------------------------------------------------------X

17 **CIVIL** 1829 (KPF)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion and Order dated December 5, 2019, Defendant's motion for

summary judgment is granted; furthermore, Plaintiff's case is dismissed without prejudice as to

the underlying merits of his claim; accordingly, the case is closed.

**Dated:** New York, New York
      December 5, 2019

                             **RUBY J. KRAJICK**

                                  Clerk of Court
                 BY:

                                  Deputy Clerk

                          THIS DOCUMENT WAS ENTERED
                          ON THE DOCKET ON 12/5/2019